**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 25-1456**

―――――――――

MONICA JEFFRIES,

Plaintiff - Appellant,

v.

PRINCE GEORGE'S COUNTY DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Ajmel Ahsen Quereshi, Magistrate Judge.  (8:22-cv-00526-AAQ)

―――――――――

Submitted:  September 18, 2025                    Decided:  September 22, 2025

―――――――――

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Monica Jeffries, Appellant Pro Se.  Dawn D. Barnett, PRINCE GEORGE'S COUNTY OFFICE OF LAW, Largo, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the magistrate judge's[1] order granting Defendant summary judgment in Jeffries' 42 U.S.C. § 1983 action, denying Jeffries' "Request to Add an Additional Claim Against Defendants 'Uttering,'" and denying Defendant's motion for a prefiling injunction.[2]   We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Jeffries v. Prince George's Cnty. Dep't of Hous.*, No. 8:22-cv-00526-AAQ (D. Md. Feb. 24, 2025).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] The parties consented to disposition by a magistrate judge pursuant to 28 U.S.C. § 636(c).

[2] Parties in a civil case must file a notice of appeal "within 30 days after entry of the judgment or order appealed from."  Fed. R. App. P. 4(a)(1)(A).  However, the magistrate judge did not enter "a separate document" after deciding Defendant's dispositive motion. *See* Fed. R. Civ. P. 58(a) ("Every judgment . . . must be set out in a separate document."). Accordingly, Jeffries' appeal—which was filed more than 30 days but less than three months after the magistrate judge entered the appealed-from order, is timely.  *See Quinn v. Haynes*, 234 F.3d 837, 843 (4th Cir. 2000); *see also Ueckert v. Guerra*, 38 F.4th 446, 453 (5th Cir. 2022) ("[P]arties have a 180-day window to file a notice of appeal if the district court [did not] enter . . . a separate document.").

2